UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEON BENEK,

    Plaintiff,

v.

KANSAS CITY LIFE INSURANCE COMPANY, a Missouri corporation doing business in Washington, and its wholly owned subsidiary SUNSET LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in Washington,

    Defendants.

Case No. C07-5142FDB

ORDER DIRECTING MEDIATION

The parties sought the Court's intervention regarding the mediation impasse where Plaintiff favors mediating the entire matter, while Defendants contend mediation would be more fruitful after dispositive motions are ruled upon.

The Minute Order Setting Trial and Pretrial Dates is an order that the parties are bound to follow. Mediation is ordinarily ordered ahead of the dispositive motions for the obvious savings that may result.

NOW, THEREFORE, IT IS ORDERED: the parties are directed to mediate this matter and submit a report to the Court by February 18, 2008. Sanctions may result from the failure to follow the Court's orders in the future.

DATED this 25th day of January, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1