UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEON BENEK,

    Plaintiff,

v.

KANSAS CITY LIFE INSURANCE COMPANY, a Missouri corporation doing business in Washington, and its wholly owned subsidiary SUNSET LIFE INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in Washington,

    Defendants.

Case No. C07-5142FDB

ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE DISCOVERY CUT-OFF DEADLINE AS TO REISSUED SUBPOENA

    Plaintiff Benek moves to enforce the January 7, 2008 discovery cutoff deadline with respect to a subpoena to MassMutual served upon Benek's counsel on January 11, 2008.

    Defendants respond that the subpoena was issued in mid-December 2007 to MassMutual Financial Group requesting documents relating to Benek and policies issued by Defendants that he replaced with policies of another carrier. Defendant followed up on December 28, 2007 and was assured that a response would be forthcoming, then followed up again on January 10, 2008 and was in formed by a MassMutual representative that "MassMutual Financial Group" was a "fleet name"

ORDER - 1

for various MassMutual companies, but was not an entity that could respond to a subpoena; the representative asked that the subpoena be re-issued to "Massachusetts Mutual Life Insurance Company," and that if the subpoena were re-issued, to that entity, it would respond. Defendants, therefore, issued a new subpoena.

Under these circumstances, Benek's motion is not well taken and will be denied.

NOW, THEREFORE, IT IS ORDERED: Plaintiff Benek's Motion To Enforce Discovery Cutoff Deadline [Dkt. # 28]is DENIED.

DATED this 30th day of January, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2